| | |
|---|---|
| Michael E. Dergosits (State Bar No. 118206)<br>Igor Shoiket (State Bar No. 190066)<br>DERGOSITS & NOAH LLP<br>Three Embarcadero Center, Suite 410<br>San Francisco, CA 94111<br>Telephone:     (415) 705-6377<br>Facsimile:      (415) 750-6383<br>Email: mdergosits@dergnoah.com<br>Email: ishoiket@dergnoah.com<br><br>Edward W. Goldstein (TX Bar No. 08099500)<br>Alisa Lipski (TX Bar No. 24041345)<br>Califf T. Cooper (TX Bar No. 24055345)<br>GOLDSTEIN & VOWELL, LLP<br>1177 West Loop South, Suite 400<br>Houston, Texas 77027<br>Telephone: (713) 877-1515<br>Facsimile:  (713) 877-1737<br>Email: egoldstein@gviplaw.com<br>Email: alipski@gviplaw.com<br>Email: ccooper@gviplaw.com<br><br>Attorneys for Plaintiff<br>SOLANNEX, INC. | G. Hopkins Guy (Bar No. 124811)<br>Michael F. Heafey (Bar No. 153499)<br>Jacob M. Heath (Bar No. 238959)<br>Jacob A. Snow (Bar No. 270988)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 March Road<br>Menlo Park, California 94025<br>Telephone: (650) 614-7400<br>Facsimile: (650) 614-7401<br>Email: hopguy@orrick.com<br>Email: mheafey@orrick.com<br>Email: jheath@orrick.com<br>Email: jsnow@orrick.com<br><br>Attorneys for Defendant and Counterclaim Plaintiff NANOSOLAR, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SOLANNEX, INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>NANOSOLAR, INC., a California corporation,<br><br>             Defendant. | Civil Action No.: 5-11-cv-00547 EJD<br><br>[PROPOSED] ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT |

– 1 –

1    IT IS HEREBY ORDERED that the Court grants leave for Solannex to file the Second
2    Amended Complaint that was attached to the Stipulation for an Order Granting Plaintiff Leave to
3    File a Second Amended Complaint, filed June 13, 2011.
     Plaintiff shall file its Second Amended Complaint as a separate docket entry on or before
4    **June 16, 2011.**
5    Dated: June 14, 2011

     Hon. Edward J. Davila
6    U.S. District Judge

– 2 –

[PROPOSED] ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT
Civil Action No. CV11-0547