1 | GREGORY P. STONE (State Bar No. 78329)
Gregory.Stone@mto.com
2 | PETER E. GRATZINGER (State Bar No. 228764)
Peter.Gratzinger@mto.com
3 | ADAM R. LAWTON (State Bar No. 252546)
Adam.Lawton@mto.com
4 | MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
5 | Thirty-Fifth Floor
Los Angeles, CA  90071-1560
6 | Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702
7 |
Attorneys for Defendant
8 | NANOSOLAR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SOLANNEX, INC.,

          Plaintiff,

v.

NANOSOLAR, INC.,

          Defendant.

AND RELATED COUNTERCLAIMS

Case No. 5:11-cv-547-EJD

[~~PROPOSED~~] **ORDER RE: NOTICE OF SUBSTITUTION OF COUNSEL**

IT IS HEREBY ORDERED that attorneys Gregory P. Stone, Peter E. Gratzinger, and Adam R. Lawton, of the law firm of Munger, Tolles & Olson LLP, 355 South Grand Avenue, 35th Floor, Los Angeles, CA 90071, telephone (213) 683-9100, be substituted in place of the law firm of Orrick, Herrington & Sutcliffe LLP as counsel of record in this action for Defendant Nanosolar, Inc. in this action.

DATED: August 4, 2011

_____
Edward J. Davila
United States District Judge