UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOLANNEX, INC., <br><br> Plaintiff, <br><br> v. <br><br> NANOSOLAR, INC., <br><br> Defendant. | Case No. 11-cv-00547 EJD <br><br> [~~PROPOSED~~] <br> **ORDER ON SOLANNEX, INC.'S NOTICE OF SUBSTITUTION OF COUNSEL** |

IT IS HEREBY ORDERED that attorneys Gregory S. Tamkin and Case Collard of the law firm Dorsey & Whitney LLP, 1400 Wewatta Street, Suite 400, Denver, Colorado 80202, telephone (303) 629-3400, facsimile (303) 629-3450, shall be substituted in place of attorneys Edward W. Goldstein, Alisa Lipski, and Califf T. Cooper of the law firm of Goldstein & Vowell LLP and attorneys Michael E. Dergosits and Igor Shoiket of the law firm of Dergosits & Noah LLP, as the attorneys of record in this action for Plaintiff Solannex, Inc.

Dated:  August 9, 2011

*[signature]*
Edward J. Davila
United States District Judge