UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOLANNEX, INC., <br><br> Plaintiff, <br><br> v. <br><br> NANOSOLAR, INC., <br><br> Defendant. | Case No. 11-cv-00547 EJD <br><br> [~~PROPOSED~~] <br> **ORDER ON UNOPPOSED MOTION TO CONTINUE THE SEPTEMBER 30, 2011, CASE MANAGEMENT CONFERENCE** |

This matter is before the Court on Solannex Inc.'s Unopposed Motion to Continue the Case Management Conference which is currently set for September 30, 2011.

IT IS HEREBY ORDERED that the case management conference before Judge Edward J. Davila is re-set for **October 14, 2011 at 10:00 a.m.** in Courtroom 1, 5th Floor, 280 S. 1st Street, San Jose, California. On or before **October 7, 2011**, the parties shall file an updated joint case management conference statement that updates the Court on how this case should proceed.

Dated: September 12, 2011

_____
Edward J. Davila
United States District Judge

ORDER ON MOTION TO CONTINUE THE SEPTEMBER 30, 2011, CASE MANAGEMENT CONFERENCE
Case No. 11-cv-00547 EJD