1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12   SOLANNEX, INC.,                    )   Case No. 11-cv-00547 EJD
                                        )
13            Plaintiff,                 )   [PROPOSED]
                                        )   ORDER ON UNOPPOSED MOTION TO
14        v.                            )   CONTINUE THE SEPTEMBER 30, 2011,
                                        )   CASE MANAGEMENT CONFERENCE
15   NANOSOLAR, INC.,                    )
                                        )
16            Defendant.                 )
                                        )
17   _____)

18

19        This matter is before the Court on Solannex Inc.'s Unopposed Motion to Continue the

20   Case Management Conference which is currently set for September 30, 2011.

21        IT IS HEREBY ORDERED that the case management conference before Judge Edward J.

22   Davila is re-set for **October 14, 2011 at 10:00 a.m.** in Courtroom 1, 5th Floor, 280 S. 1st Street,

23   San Jose, California.  On or before **October 7, 2011**, the parties shall file an updated joint case

24   management conference statement that updates the Court on how this case should proceed.

25

26   Dated:  September 12, 2011

27                                      _____
                                        Edward J. Davila
28                                      United States District Judge

_____