GREGORY S. TAMKIN (State Bar No. 175009)
CASE COLLARD (State Bar No. 245834)
DORSEY & WHITNEY LLP
1400 Wewatta Street, Suite 400
Denver, CO 80202-5549
Telephone: (303) 629-3400
Facsimile:  (303) 629-3450
Email: tamkin.greg@dorsey.com
Email: collard.case@dorsey.com
*Attorneys for Plaintiff Solannex, Inc.*

GREGORY P. STONE (State Bar No. 78329)
Email: Gregory.Stone@mto.com
PETER E. GRATZINGER (State Bar No. 228764)
Email: Peter.Gratzinger@mto.com
ADAM R. LAWTON (State Bar No. 252546)
Email: Adam.Lawton@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile:  (213) 687-3702
*Attorneys for Defendant Nanosolar, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOLANNEX, INC., <br><br> Plaintiff, <br><br> v. <br><br> NANOSOLAR, INC., <br><br> Defendant. | Case No. 11-cv-00547 EJD <br><br> **STIPULATED REQUEST FOR ORDER CHANGING TIME TO HOLD ADR SESSION** <br><br> Honorable Judge Edward J. Davila |

Pursuant to the October 20, 2011, Stipulation and Order Selecting ADR Process (ECF No. 42), the parties agreed to hold an ADR session by December 9, 2011. Plaintiff Solannex, Inc. ("Solannex") and Defendant Nanosolar, Inc. ("Nanosolar") hereby submit this stipulated request for an order extending until December 14, 2011, the date for the parties to hold the ADR session, and in support thereof state as follows.

The parties have jointly scheduled an ADR session with the JAMS Silicon Valley Resolution Center in San Jose, California, but were not able to schedule the session until December 14, 2011. Solannex and Nanosolar therefore herby stipulate that the Stipulation and Order Selecting ADR Process be amended to state that the parties agree to hold the ADR session by December 14, 2011.

No other changes are required in the ADR process or the schedule in this case.

I, Gregory S. Tamkin, attest that concurrence in the filing of this document has been obtained from the other signatory below.

Dated this 2nd day of December, 2011.

| | |
|---|---|
| */s/ Gregory S. Tamkin* | /s/ *Peter E. Gratzinger* |
| Gregory S. Tamkin | Gregory P. Stone |
| Case Collard | Email: Gregory.Stone@mto.com |
| DORSEY & WHITNEY, LLP | Peter E. Gratzinger |
| Email: tamkin.greg@dorsey.com | Email: Peter.Gratzinger@mto.com |
| Email: collard.case@dorsey.com | Adam R. Lawton |
| 1400 Wewatta Street, Suite 400 | Email: Adam.Lawton@mto.com |
| Denver, CO 80202-5549 | MUNGER, TOLLES & OLSON LLP |
| Telephone: (303) 629-3400 | 355 South Grand Avenue, Thirty-Fifth Floor |
| Facsimile: (303) 629-3450 | Los Angeles, CA 90071-1560 |
| ***Attorneys for Plaintiff Solannex, Inc.*** | Telephone: (213) 683-9100 |
| | Facsimile: (213) 687-3702 |
| | ***Attorneys for Defendant Nanosolar, Inc.*** |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: January 12, 2012

_____
EDWARD J. DAVILA
United States District Judge

**CERTIFICATE OF SERVICE**

On December 2, 2011, I caused the foregoing document, titled STIPULATED REQUEST FOR ORDER CHANGING TIME TO HOLD ADR SESSION, to be electronically filed with the court, which will cause a Notice of Electronic Filing to be automatically generated by the court's electronic filing system and sent to all parties in this case. Pursuant to General Order No. 45, Sections II.G. and IX, the Notice of Electronic Filing when e-mailed to the email addresses of record for counsel in the case constitutes service on the receiving parties.

>   */s/ Gregory S. Tamkin*
>   Gregory S. Tamkin