GREGORY P. STONE (State Bar No. 78329)
Gregory.Stone@mto.com
PETER E. GRATZINGER (State Bar No. 228764)
Peter.Gratzinger@mto.com
ADAM R. LAWTON (State Bar No. 252546)
Adam.Lawton@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

Attorneys for Defendant
NANOSOLAR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SOLANNEX, INC.,<br><br>               Plaintiff,<br><br>     v.<br><br>NANOSOLAR, INC.,<br><br>               Defendant. | Case No. 4:11-cv-547-YGR<br><br>**NANOSOLAR, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DECLARATION IN SUPPORT OF MOTION TO STAY CASE PENDING REEXAMINATION** |
| AND RELATED COUNTERCLAIMS | |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Defendant Nanosolar, Inc. ("Nanosolar") hereby moves the Court for miscellaneous administrative relief to file a declaration under seal in support of its currently filed Motion to Stay Case Pending Reexamination of the Asserted Patents by the U.S. Patent and Trademark Office.

This administrative motion is made pursuant to Civil L.R. 7-11 and 79-5 and is based on the following Memorandum of Points and Authorities; the Declaration of Peter E. Gratzinger filed concurrently; all the records, documents, pleadings, and papers on file or to be

1  filed in this action; arguments of counsel; and any other matters that may properly come before
2  the Court for its consideration.

## MEMORANDUM OF POINTS AND AUTHORITIES

4  Nanosolar seeks to file under seal a declaration from John McAdoo, its Chief
5  Financial Officer, in support of its Motion to Stay Case Pending Reexamination of the Asserted
6  Patents by the U.S. Patent and Trademark Office.  Mr. McAdoo's declaration under seal because
7  it contains confidential, proprietary, and commercially sensitive information concerning
8  Nanosolar's financial results.  Lawton Decl. ¶ 2.  Accordingly, good cause exists to file the
9  declaration under seal in accordance with Civil L.R. 79-5(b).

10  This Court has authority to withhold information from the public so "confidential
11  . . . commercial information not be revealed or be revealed only in a designated way."  Fed. R.
12  Civ. P. 26(c)(1)(G).  Courts routinely permit such information to be filed under seal.  *See, e.g.*,
13  *Nygren v. Hewlett-Packard Co.*, 2010 WL 2107434, at *3 (N.D. Cal. May 25, 2010) (granting a
14  motion to seal a document when disclosure of the document could harm a party's financial
15  interests and its competitive standing); *Patriot Rail Corp. v. Sierra R.R. Co.*, 2010 WL 2179499,
16  at *1 n.2 (E.D. Cal. May 26, 2010) (granting a motion to file a party's proprietary and
17  confidential financial information under seal).

18  "Protective orders and filings under seal are the primary means by which the
19  courts ensure full disclosure of relevant information, while still preserving the parties' (and third
20  parties') legitimate expectation that confidential business information, proprietary technology and
21  trade secrets will not be publicly disseminated."  *In re Adobe Sys., Inc. Sec. Litig.*, 141 F.R.D.
22  155, 161-62 (N.D. Cal. 1992).  The Court has already entered a protective order in this case,
23  requiring that information qualifying for protection under Rule 26(c) of the Federal Rules of Civil
24  Procedure not be filed in the public record finding.  Dkt. no. 38, §§ 2.2, 2.5, 14.4.  Nanosolar
25  seeks to file Mr. McAdoo's declaration under seal here in order to preserve its confidential and
26  proprietary information to the same extent that the information would be protected from public
27  dissemination by the protective order if it were disclosed during the course of discovery.
28  Gratzinger Decl. ¶ 3.

- 2 -

1        *                    *                    *

2 To protect the confidential and other sensitive information contained in Mr.
3 McAdoo's declaration, Nanosolar respectfully requests that the Court permit the declaration to be
4 filed under seal.

6 DATED: February 6, 2012            MUNGER, TOLLES & OLSON LLP

8            By: /s/ *Peter E. Gratzinger*
                Peter E. Gratzinger
                Attorneys for Defendant
9               Nanosolar, Inc.