GREGORY P. STONE (State Bar No. 78329)
Gregory.Stone@mto.com
PETER E. GRATZINGER (State Bar No. 228764)
Peter.Gratzinger@mto.com
ADAM R. LAWTON (State Bar No. 252546)
Adam.Lawton@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

Attorneys for Defendant
NANOSOLAR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SOLANNEX, INC., <br><br> Plaintiff, <br><br> v. <br><br> NANOSOLAR, INC., <br><br> Defendant. | Case No. 4:11-cv-547-YGR <br><br> **DECLARATION OF PETER E. GRATZINGER IN SUPPORT OF NANOSOLAR, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DECLARATION IN SUPPORT OF MOTION TO STAY CASE PENDING REEXAMINATION** |
| AND RELATED COUNTERCLAIMS | |

**DECLARATION OF PETER E. GRATZINGER**

I, Peter E. Gratzinger, declare as follows:

1. I am an attorney with the law firm of Munger, Tolles & Olson LLP, counsel of record for Nanosolar, Inc. ("Nanosolar") in the above-entitled action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could competently testify to them.

2. The document that Nanosolar seeks to file under seal contains confidential and proprietary information of Nanosolar, including confidential information related to Nanosolar's financial results.

3. If Nanosolar had disclosed this information during discovery in this case, Nanosolar would have designated this information as "Protected Material" under the Stipulated Protective Order entered on October 14, 2011 (the "Protective Order"). Nanosolar has informed opposing counsel that the document that is the subject of this motion is to be treated as "HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY" under the Protective Order. To prevent public dissemination of the confidential and proprietary information contained in this document, it is necessary for it to be filed under seal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 6, 2012, at Los Angeles, California.

                                                        /s/ *Peter E. Gratzinger*
                                                          Peter E. Gratzinger