GREGORY S. TAMKIN (State Bar No. 175009)
CASE COLLARD (State Bar No. 245834)
DORSEY & WHITNEY LLP
1400 Wewatta Street, Suite 400
Denver, CO 80202-5549
Telephone: (303) 629-3400
Facsimile: (303) 629-3450
Email: tamkin.greg@dorsey.com
Email: collard.case@dorsey.com
*Attorneys for Plaintiff Solannex, Inc.*

GREGORY P. STONE (State Bar No. 78329)
 Email: Gregory.Stone@mto.com
PETER E. GRATZINGER (State Bar No. 228764)
 Email: Peter.Gratzinger@mto.com
ADAM R. LAWTON (State Bar No. 252546)
 Email: Adam.Lawton@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
*Attorneys for Defendant Nanosolar, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SOLANNEX, INC., <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> NANOSOLAR, INC., <br><br> Defendant/Counterclaimant. | Case No. 11-cv-00547 YGR <br><br> **STIPULATED REQUEST AND [~~PROPOSED~~] ORDER TO CONTINUE FILING OF JOINT CASE MANAGEMENT CONFERENCE STATEMENT** <br><br> Judge Yvonne Gonzalez Rogers |

Pursuant to the Court's Order of February 14, 2012 (Dkt. No. 56), the parties have scheduled a private mediation for March 30, 2012. The Court has set a further Case Management Conference for April 12, 2012. Without action from the Court, this would require the parties to file a Joint Case Management Conference Statement on March 29, 2012, the day before the mediation. The parties believe that it would be beneficial for the Joint Case Management Conference Statement to update the Court on the result of the mediation. Therefore, the parties respectfully request that the Court continue the date on which the parties must file the Joint Case Management

Conference Statement to April 5, 2012, one week before the Case Management Conference. This stipulated request will have no effect on the schedule for the case.

DATED: March 20, 2012                           Respectfully submitted,

/s/ Case Collard                                /s/ *Peter E. Gratzinger*

| | |
|---|---|
| Gregory S. Tamkin | Gregory P. Stone |
| Case Collard | Email: Gregory.Stone@mto.com |
| DORSEY & WHITNEY, LLP | Peter E. Gratzinger |
| Email: tamkin.greg@dorsey.com | Email: Peter.Gratzinger@mto.com |
| Email: collard.case@dorsey.com | Adam R. Lawton |
| 1400 Wewatta Street, Suite 400 | Email: Adam.Lawton@mto.com |
| Denver, CO 80202-5549 | MUNGER, TOLLES & OLSON LLP |
| Telephone: (303) 629-3400 | 355 South Grand Avenue, Thirty-Fifth Floor |
| Facsimile: (303) 629-3450 | Los Angeles, CA 90071-1560 |
| **Attorneys for Plaintiff Solannex, Inc.** | Telephone: (213) 683-9100 |
| | Facsimile: (213) 687-3702 |
| | **Attorneys for Defendant Nanosolar, Inc.** |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: March  22 , 2012

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE