GREGORY S. TAMKIN (State Bar No. 175009)
CASE COLLARD (State Bar No. 245834)
DORSEY & WHITNEY LLP
1400 Wewatta Street, Suite 400
Denver, CO 80202-5549
Telephone: (303) 629-3400
Facsimile: (303) 629-3450
Email: tamkin.greg@dorsey.com
Email: collard.case@dorsey.com
*Attorneys for Plaintiff Solannex, Inc.*

GREGORY P. STONE (State Bar No. 78329)
Email: Gregory.Stone@mto.com
PETER E. GRATZINGER (State Bar No. 228764)
Email: Peter.Gratzinger@mto.com
ADAM R. LAWTON (State Bar No. 252546)
Email: Adam.Lawton@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
*Attorneys for Defendant Nanosolar, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SOLANNEX, INC., <br><br> Plaintiff, <br><br> v. <br><br> NANOSOLAR, INC., <br><br> Defendant. | Case No. 11-cv-00547 YGR <br><br> **JOINT NOTICE OF SETTLEMENT, STIPULATED REQUEST FOR STAY, AND [~~RTQRQUGF~~] ORDER** <br><br> Honorable Yvonne Gonzalez Rogers |

Plaintiff and Counterclaim Defendant Solannex, Inc. ("Solannex") and Defendant and Counterclaimant Nanosolar, Inc. ("Nanosolar") (collectively the "Parties") have reached a settlement in principle in the above entitled matter. The Parties anticipate that written confirmation of the settlement agreement shall be completed and signed by the parties by May 1, 2012. Once the settlement agreement has been executed, the Parties will file a Stipulation and Order for Dismissal, dismissing Solannex's Second Amended Complaint and Nanosolar's Counterclaim pursuant to Federal Rule of Civil Procedure 41. The Parties respectfully request a deadline of May 4, 2012 to file the Stipulation and Order for Dismissal.

In addition, the Parties respectfully request the Court to stay all proceedings pending the filing of all necessary dismissal documents. In the event that the terms and conditions of the settlement are not fulfilled, the Parties shall notify the Court and request that the scheduled deadlines and dates be reset.

Dated April 5, 2012.

I, Case Collard, attest that concurrence in the filing of this document has been obtained from the other signatory below.

| /s/ Case Collard | /s/ Peter Gratzinger |
|---|---|
| Gregory S. Tamkin | Gregory P. Stone |
| Case Collard | Email: Gregory.Stone@mto.com |
| DORSEY & WHITNEY, LLP | Peter E. Gratzinger |
| Email: tamkin.greg@dorsey.com | Email: Peter.Gratzinger@mto.com |
| Email: collard.case@dorsey.com | Adam R. Lawton |
| 1400 Wewatta Street, Suite 400 | Email: Adam.Lawton@mto.com |
| Denver, CO 80202-5549 | MUNGER, TOLLES & OLSON LLP |
| Telephone: (303) 629-3400 | 355 South Grand Avenue, Thirty-Fifth Floor |
| Facsimile: (303) 629-3450 | Los Angeles, CA 90071-1560 |
| **Attorneys for Plaintiff Solannex, Inc.** | Telephone: (213) 683-9100 |
| | Facsimile: (213) 687-3702 |
| | **Attorneys for Defendant Nanosolar, Inc.** |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: April __11__, 2012

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE