GREGORY S. TAMKIN (State Bar No. 175009)
CASE COLLARD (State Bar No. 245834)
DORSEY & WHITNEY LLP
1400 Wewatta Street, Suite 400
Denver, CO 80202-5549
Telephone: (303) 629-3400
Facsimile: (303) 629-3450
Email: tamkin.greg@dorsey.com
Email: collard.case@dorsey.com
*Attorneys for Plaintiff Solannex, Inc.*

GREGORY P. STONE (State Bar No. 78329)
 Email: Gregory.Stone@mto.com
PETER E. GRATZINGER (State Bar No. 228764)
 Email: Peter.Gratzinger@mto.com
ADAM R. LAWTON (State Bar No. 252546)
 Email: Adam.Lawton@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
*Attorneys for Defendant Nanosolar, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SOLANNEX, INC., | Case No. 11-cv-00547 YGR |
| Plaintiff/Counterdefendant, | **STIPULATED DISMISSAL OF CLAIMS AND COUNTERCLAIMS BY SOLANNEX, INC. AND NANOSOLAR, INC. AND [PROPOSED] ORDER** |
| v. | |
| NANOSOLAR, INC., | |
| Defendant/Counterclaimant. | Judge Yvonne Gonzalez Rogers |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereto, through their respective counsel of record, hereby stipulate as follows:

1.   No party admits liability.

2.   Plaintiff Solannex, Inc. dismisses its claims with prejudice.

3.   Defendant Nanosolar, Inc. dismisses its counterclaims without prejudice.

4.   Each party shall bear its own fees and costs.

DATED: May 2, 2012                                    Respectfully submitted,


/s/ Gregory S. Tamkin                                 /s/ Peter E. Gratzinger

Gregory S. Tamkin                                     Gregory P. Stone
Case Collard                                          Email: Gregory.Stone@mto.com
DORSEY & WHITNEY, LLP                                  Peter E. Gratzinger
Email: tamkin.greg@dorsey.com                         Email: Peter.Gratzinger@mto.com
Email: collard.case@dorsey.com                        Adam R. Lawton
1400 Wewatta Street, Suite 400                        Email: Adam.Lawton@mto.com
Denver, CO 80202-5549                                 MUNGER, TOLLES & OLSON LLP
Telephone: (303) 629-3400                             355 South Grand Avenue, Thirty-Fifth Floor
Facsimile:  (303) 629-3450                            Los Angeles, CA 90071-1560
**Attorneys for Plaintiff Solannex, Inc.**            Telephone:  (213) 683-9100
                                                      Facsimile:   (213) 687-3702
                                                      **Attorneys for Defendant Nanosolar, Inc.**



**IT IS SO ORDERED.**



Dated: _____                        _____

                                                      Honorable Judge Yvonne Gonzalez Rogers
                                                      United States District Court Judge

**FILER'S ATTESTATION**

I am the ECF User whose identification and password are being used to file this document. Pursuant to General Order 45.X.B, I hereby attest that Gregory Tamkin has concurred in this filing.

*/s/ Peter E. Gratzinger*

Peter E. Gratzinger